Dr. Radovan Karadzic
International Criminal Tribunal
for the former Yugoslavia
Churchillplein 1
2517JW The Hague
Netherlands

28 October 2013

Pro Se Office
United States District Court
of the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 200
New York, New York 10007

    Re: Kadic et al v Karadzic
        <u>No. 93 Civ 1163 (PKL)</u>

Dear Sir or Madam,

    I am Radovan Karadzic, the defendant in the above-named case. I am presently on trial at the International Criminal Tribunal for the former Yugoslavia (ICTY) where I am representing myself. I am hoping that your office can also assist me as a pro se litigant in this case.

    During my trial at the ICTY, one of the plaintiffs in the civil case, Ms. Nusreta Sivac, testified as a prosecution witness. She testified that she had given evidence in the civil case about the same events that she testified to at my trial. However, when I inquired, I was told that her testimony had been placed under seal by order of the U.S. District Court.

    I am now writing your office to request that the transcript of the testimony be unsealed so that it can be disclosed to me for use at my criminal trial. I would appreciate it if you can forward this request to the appropriate authority in your court so that it can be acted upon.

    The reason for the request is that I believe that Ms. Sivac may have given a different account of the events than she gave at my trial. If I can obtain the transcript of her testimony, I may be able to show the judges in my case that her testimony at my trial was not credible.

United States District Court
--page two—

      This is the kind of exculpatory evidence that the prosecution is required to disclose to me. However, they have indicated that this transcript is not in their possession. This is why I must seek the unsealing of the transcript by your court for disclosure to me.

      Please respond to this letter by contacting my Legal Advisor Peter Robinson by e-mail at peter@peterrobinson.com. It would be the quickest and most sure way of me receiving your reply.

      Thank you very much for your consideration of this request.

                                    Respectfully,

                                    Dr. Radovan Karadzic

Karadzic
ICTY
Churchillplein 1
2517 JW The Hague
Netherlands

RECEIVED
SDNY PRO SE OFF
2013 OCT 31 PM

Pro Se office
U.S. District Court
U.S. Courthouse
500 Pearl St, room 200
NY, NY 10007
USA