# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

S. KADIC, on her own behalf and on
behalf of her infant sons BENJAMIN
and OGNJEN, INTERNACIONALNA ZENA
BOSNE I HERCEGOVINE, ZENE BOSNE I.
HERCEGOVINE, NUSRETA SIVAC, S.A.
on her own behalf and as
administratrix of her mother's
estate, J.J., N.S., S. Menkovic,
and H. Harambasic,

                       Plaintiffs,                    93 **CIVIL** 1163 (LAP)

                -against-                    **RENEWED JUDGMENT**

RADOVAN KARADZIC,                         **FOR JUDGMENT ENTERED**
                                                                        **AUGUST 17, 2020, #00,1896**
                Defendant.

------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 9, 2020, Plaintiffs Motion [dkt. No. 113] to renew the *Judgment is granted, and Judgment is entered in favor of Plaintiffs as follows:*

(1) that Plaintiff N.S. has final judgment against and recovery from dft. Radovan Karadzic of $10,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protective Act; (2) plaintiff Jadranka Cikgelj has final judgment against and recovery from dft'. Radovan Karadzic of $15,000,000.00. in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (3) A.G. of plaintiff Zene Bosne I Hercegovine ("Zena BiH") has final judgment against and recovery from dft Radovan Karadric of $11,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (4) Tesma Elezovic of plaintiff Zena BiH has final judgment against and

recovery from dft. Radovan Karadzic of $11,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; Plaintiff S.A. has final judgment against and recovery from dft. Radovan Karadzic as follows: (i) on her own behalf, $10,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (ii) as administratrix of her mother's estate, $10,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (6) Plaintiff S. Kadic has final judgment against and recovery from dft. Radovn Karadzic as follows: (i) on her own behalf, $10,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (ii) on behalf of her infant children Benjamin and Ognjen, $20,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (7) plaintiff H. Harambasic has final judgment against and recovery from dft. Radovan Karadzic of $12,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (8) Plaintiff Nusreta Sivan has final judgment against and recovery from dft. Radovan Karadzic of $15,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (9) plaintiff S. Menkovic has final judgment against and recovery from dft. Radovan Karadaic of $11,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (10) Plaintiff Zene Bosne I. Hercegovine ("ZenaBiH") has final judgment against and recovery from dft. Radovan Karadric of $50,000,000.00 in compensatory damages and $100,000,000.00 in punitive damages under the

Alien Tort Claims Act and Torture Victim Protection Act; (11) plaintiff Interncionalna Iniciativa Zena Bosne I Heregovine ("Biser") has final judgment against and recovery from dft. Radovan Karadzic of $50,000,000.00 in compensatory damages and $100,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protective Act; R.G. of plaintiff Zena BIH has final judgment against and recovery from dft' Radovan Karadzic of $10,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (13) R.L. of plaintiff Zena BIH has final judgment against and recovery from dft. Radovan Karadzic of $10,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (14) M. S. of plaintiff Zena BiH has final judgment against and recovery from dft. Radovan Karadzic of $10,000,000.00 in compensatory damages and $20,000,000.00 in punitive damages under the Alien Tort Claims Act and Torture Victim Protection Act; (15) Each plaintiff shall recovery the aforementioned damages with interest thereon, at the rate provided by law, 28 U.S.C. section 1961, along with plaintiffs' costs of this action; (16) this Judgment encompasses the relief awarded by the jury and does not include additional relief that the Court may imposes, including without limitation injunctive relief. This Court shall retain jurisdiction over this action for all proceedings involving the registration and enforcement of this Judgment.

Accordingly, judgment is reentered in favor of plaintiffs in the amounts as set forth in the Court's December 9, 2020, Judgment with statutory interest from August 17, 2000, pursuant to 28 U.S.C. § 1961, which judgment shall supersede, and thereby renew and extend, the Court's prior judgment.

**Dated:** New York, New York
December 9, 2020

                                           **RUBY J. KRAJICK**
                                           _____
                                           **Clerk of Court**
                            **BY:**
                                             **Deputy Clerk**